IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ROGER J. DECKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 4:24-cv-31 |
| | ) **JURY DEMAND (12)** |
| KROGER LIMITED PARTNERSHIP I, | ) ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Kroger Limited Partnership I (hereinafter referred to as "Defendant" unless otherwise specifically identified), without waiving any objections to jurisdiction, by and through counsel and pursuant to 28 U.S.C. §§ 1441, 1446, and 1332, as follows:

1. Kroger Limited Partnership I is a Defendant in action styled *Roger J. Decker v. Kroger Limited Partnership I,* case number 48999, which has been filed in the Circuit Court for Coffee County, Tennessee, and originally filed on July 31, 2023. A copy of all process and pleadings filed in the Circuit Court of Coffee County, Tennessee, is attached as *Exhibit "A."*

2. Defendant was served through its registered agent for service of process on March 21, 2024 and therefore removal to this Court is timely.

3. In support of removal, Defendant shows that Plaintiff is a citizen and resident of Coffee County, Tennessee as more fully set forth in ¶ 1 of Plaintiff's state court complaint included with *Exhibit "A"*.

4. Defendant is a limited partnership organized and headquartered in the State of Ohio, with its primary place of business in the State of Ohio. Defendant is comprised of two partners as follows: (1) The Kroger Co. is the limited partner of Defendant and is incorporated in

the State of Ohio with its principal place of business in the State of Ohio; and (2) KRPG, Inc. is the general partner of Defendant and is incorporated in the State of Ohio with its principal place of business in the State of Ohio.

5. Plaintiff's complaint claims and seeks recovery from Defendant for economic and non-economic damages because of alleged personal injuries to Plaintiff in the amount of $500,000.00.

6. The amount in controversy therefore exceeds Seventy-Five Thousand Dollars ($75,000.00) based on Plaintiff's claims for damages. The United States District Courts therefore have original subject matter jurisdiction under 28 U.S.C. § 1332.

7. Defendant hereby gives timely notice pursuant to 28 U.S.C. § 1446 and Rule 11 of the *Federal Rules of Civil Procedure* of the removal of the above-styled case to the United States District Court for the Eastern District of Tennessee. Notice of removal has been given to all attorneys involved in this lawsuit.

8. Defendant has also sent for filing a Notice of Removal to the Circuit Court of Franklin County, Tennessee. A copy of the Notice of Removal filed in the State Court is attached as *Exhibit "B."*

**WHEREFORE,** please take notice that Defendant removes the state action styled *Roger J. Decker v. Kroger Limited Partnership I,* case number 48999 from the Circuit Court of Coffee County, Tennessee, where it is now pending, to the United States District Court for the Eastern District of Tennessee.

This 12th day of April, 2024.

          Respectfully submitted,

          **SPICER RUDSTROM PLLC**

          By: */s/ B. Thomas Hickey, Jr.*
              B. Thomas Hickey, Jr. BPR# 19105
              Attorney for Defendant
              537 Market Street, Suite 203
              Chattanooga, TN 37402
              (423) 756-0262
              (423) 756-8489 (facsimile)
              thickey@spicerfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing pleading has been sent via email and U.S. Mail, postage prepaid and properly addressed, to:

    Corissa M. Davis
    Davis, Kessler, & Davis
    433 Cherokee Blvd.
Chattanooga, TN 37405

This 12th day of April, 2024.

          **SPICER RUDSTROM, PLLC**

          By:    */s/ B. Thomas Hickey, Jr.*
                  B. Thomas Hickey, Jr.