# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| ROGER J. DECKER, | ) |
|     *Plaintiff*, | ) Case No. 4:24-cv-31 |
| v. | ) Judge Travis R. McDonough |
| KROGER LIMITED PARTNERSHIP I, | ) Magistrate Judge Christopher H. Steger |
|     *Defendant*. | ) |

## JUDGMENT ORDER

Consistent with the contemporaneously filed memorandum opinion, this action is **DISMISSED WITH PREJUDICE**. The Clerk is hereby **DIRECTED** to **CLOSE** the case.

    **SO ORDERED**.

                                          */s/ Travis R. McDonough*
                                          **TRAVIS R. MCDONOUGH**
                                          **UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT:**
*/s/ LeAnna R. Wilson*
**CLERK OF COURT**